UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.  03-31904 |
| | ) | |
| ZY ENTERPRISES, INC. | ) | |
| | ) | Chapter 7 |
| | ) | |
| TIN: 56-2168817 | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |

## REPORT OF TRUSTEE UNDER BANKRUPTCY RULE 3011 AND APPLICATION FOR DISCHARGE OF TRUSTEE

The undersigned Trustee of the above referenced estate, having filed his Final Report and Account herein, and the same having been heretofore approved, hereby reports that all checks issued by him as Trustee have been cashed by the bank upon which drawn.

**EXCEPT** the following check which has remained uncashed for ninety (90) days after the date of the distribution of the final dividend herein:

| Check # | Claim # | Name/Address | Amount |
|---|---|---|---|
| 1005 | 1 | Robert Schaffer<br>2801 Ponce de Leon Blvd., Ste. 1080<br>Coral Gables, FL 33134 | $2,164.90 |

and that as to the money represented by said check, he has complied with the provisions of 11 U.S.C. Section 347, and,

**THE TRUSTEE FURTHER** reports that all canceled checks and bank statements of the bank accounts used in the administration of this estate have been filed with the Clerk and that the disbursements as evidenced by said documents are in conformity with the disbursements as contained in this Court's Order approving the Trustee's Final Report and Account.

**WHEREFORE**, the Trustee prays that he be discharged of his trust and that his bond be canceled.

This 12th day of May, 2010.

s/s R. Keith Johnson, Trustee
R. Keith Johnson, Trustee and
Attorney for Trustee
NC State Bar No. 8840

R. KEITH JOHNSON, P.A.
1275 Hwy 16, South
Stanley, NC 28164