# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| IN RE: | ) | |
| --- | --- | --- |
| ZY ENTERPRISES, INC | Debtor )))) | |

CASE #    **03-31904**

Chapter 7

## PETITION FOR DISBURSEMENT OF UNCLAIMED FUNDS

Pursuant to 28 U.S.C. § 2042, the undersigned counsel for JM Partners LLC hereby requests that the Court enter an order directing the Clerk of Court to disburse **$ 2164.90** from the Court's account to the order of **JM Partners LLC as Assignee of Robert J. Schaffer** ("Creditor"). In support of this Petition, the undersigned shows the Court as follows:

1) This Court entered a certain "Order to Deposit Funds with the Court" authorizing the Trustee in Bankruptcy for the Debtor to deposit certain unclaimed dividends from this case, including the account held for the Creditor.

2) Creditor did not receive notice that the Trustee has been unable to deliver such funds to Creditor, which was caused by Creditor's change of address.

3) Creditor's rights to such funds arise from Creditor's allowed claim in the above-captioned bankruptcy case.

**WHEREFORE**, Creditor respectfully requests that the Court enter an Order pursuant to 28 U.S.C. § 2042 directing the Clerk to make payment in the amount of **$ 2164.90** to **JM Partners LLC, Assignee of Robert J. Schaffer** and the Court grants Creditor such other relief as to the Court seems just and proper.

**Respectfully** submitted this 31st day of August, 2010.

J. BARON GROSHON, P.A.
Attorneys for JM Partners LLC

J. Baron Groshon
NC State Bar # 12417
417 East Boulevard Ste 203
Charlotte, NC 28203
Phone (704) 342-3328

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE #   **03-31904** |
| **ZY ENTERPRISES, INC** ) | Chapter   **7** |
| ) | |
| Debtor ) | |

## NOTICE OF HEARING

      **TAKE NOTICE** that the undersigned attorney, acting on behalf of **JM Partners LLC as Assignee of Robert J. Schaffer** has filed a Petition for Disbursement of Unclaimed Funds and a draft Order to Disburse Funds to **JM Partners LLC as Assignee of Robert J. Schaffer.** A copy of the Petition accompanies this Notice.

      **TAKE FURTHER NOTICE** that your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this case. If you do not have an attorney, you may wish to consult one. If you do not want the Court to grant the relief requested in this application, or if you want the Court to consider your views on this Petition, then within **eighteen (18) days** after the date of this notice as set forth below you or your attorney must file with the Court a response to the application at:

United States Bankruptcy Court
ATTN: Clerk of the Court
PO Box 34189
Charlotte, NC  28234-4189

      **TAKE FURTHER NOTICE** that if you mail you response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the due date stated above. You must also mail a copy of your response to the application to:

J. Baron Groshon, Attorney for Petitioner
417 East Boulevard  Ste 203
Charlotte, NC  28203

      **TAKE FURTHER NOTICE** that regardless of whether you or your attorney file a response to the Petition, a hearing will be held in the United States Bankruptcy Court for the Western District of North Carolina on 9/30/10 at 9:30 AM/ PM at which time the Court will hear the subject Petition. All interested parties should be present in the Court for this hearing. The location of the hearing is:

United States Bankruptcy Court
Courtroom 122
The Charles R. Jonas Federal Building

401 West Trade Street
Charlotte, NC  28202


Respectfully submitted this 31ST day of August, 2010.

                                                  **J. BARON GROSHON, P.A.**
                                                  Attorneys for JM Partners LLC

                                                  */s/ J. Baron Groshon*
                                                  J. Baron Groshon
                                                  NC State Bar # 12417
                                                  417 East Boulevard  Ste 203
                                                  Charlotte, NC  28203
                                                  Phone (704) 342-3328

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE: )
) CASE #   **03-31904**
**ZY ENTERPRISES, INC** ) Chapter   **7**
)
Debtor )

## CERTIFICATE OF SERVICE

I hereby certify that on _August 31_, 2010, a true and complete copy of the **PETITION FOR DISBURSEMENT OF UNCLAIMED FUNDS**, the **NOTICE OF HEARING**, ~~and the proposed~~ **ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS** were served via first class, postage prepaid, United States mail on the parties listed below:

United States Attorney
227 West Trade Street, Ste 1700
Charlotte, NC  28202

United States Bankruptcy Administrator
402 West Trade Street, RM 111
Charlotte, NC  28202

Respectfully submitted this _31ST_ day of _August_, 2010.

**J. BARON GROSHON, P.A.**
Attorneys for JM Partners LLC

_/s/ J. Baron Groshon_
J. Baron Groshon
NC State Bar # 12417
417 East Boulevard  Ste 203
Charlotte, NC  28203
Phone (704) 342-3328